MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY TORRES,<br><br>    Plaintiff<br><br>    vs.<br><br>LOWE'S COMPANIES, INC. d/b/a LOWE'S, a North Carolina Corporation; LOWE'S HOME CENTERS LLC d/b/a LOWE'S, a limited liability company; LOWE'S HOME IMPROVEMENT, LLC d/b/a LOWE'S, a limited liability company; DOES I through X; and ROE ENTITIES I through X,<br><br>    Defendants | Case No. 2:23-cv-00399-CDS-BNW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS LOWE'S COMPANIES, INC. AND LOWE'S HOME IMPROVEMENT, LLC** |

## RECITALS

WHEREAS, Plaintiff DOROTHY TORRES ("Plaintiff") Complaint on file herein [ECF No. 1-2], which was removed to this Court by all of the Defendants on March 14, 2023, has asserted claims against three Lowe's-related entities, including Defendants LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, LLC, and LOWE'S HOME IMPROVEMENT, LLC.

WHEREAS, in an effort to prevent undue litigation in this matter and to reduce litigation costs for the parties, counsel for the parties have met-and-conferred in good faith concerning the corporate make-up of Lowe's-related entities and, without admission of liability of any kind, have discussed the proper Lowe's entity to serve as a party-defendant for purposes of the claims asserted

131910743.1

in Plaintiff's Complaint regarding the Lowe's store located at 4625 West Charleston Boulevard, Las Vegas, Nevada 89102.

WHEREAS, the parties have reached agreement that Defendant LOWE'S HOME CENTERS, LLC shall remain a party Defendant for the purpose of adjudicating Plaintiff's claims and that Defendants LOWE'S COMPANIES, LLC and LOWE'S HOME IMPROVEMENT, LLC should be dismissed from the present action.

WHEREAS, the parties have reached further agreement that the dismissal of Defendants LOWE'S COMPANIES, LLC and LOWE'S HOME IMPROVEMENT, LLC shall be without prejudice, and neither of these Defendants shall in the future assert a statute of limitations defense in the event that Plaintiff should ever move to re-file claims against these Defendants in the present action.

## STIPULATIONS

Based upon the above recitals, and for good cause, the parties stipulate, by and through their respective counsel, as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiff DOROTHY TORRES' Complaint shall be dismissed without prejudice as to only Defendants LOWE'S COMPANIES, INC. and LOWE'S HOME IMPROVEMENT, LLC, with each party to bear its own costs and attorney's fees; and

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that in the event Plaintiff should ever move to reassert claims against Defendants LOWE'S COMPANIES, INC. and LOWE'S HOME IMPROVEMENT, LLC in the present action, these Defendants shall not raise a statute of limitations defense.

/ / /

/ / /



131910743.1

2

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that in entering into these Stipulations, no party is dismissing or waiving any other claim or defense to any claim in the present action.

DATED this 15th day of November, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Marc S. Cwik
MARC S. CWIK
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
**Attorneys for Defendants**

DATED this 15th day of November, 2023.

TANNER LAW FIRM

/s/ Jeffrey C. Gunn
David A. Tanner, Esq.
Nevada Bar No. 8282
Jeffrey C. Gunn, Esq.
Nevada Bar No. 15925
7895 W. Sunset Road, Suite 115
Las Vegas, NV 89113
Tel: 702.987.8888
*Attorneys for Plaintiff*

## ORDER

Based upon the above recitals, the parties' stipulations, and for good cause appearing, IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

Dated: November 15, 2023

131910743.1

3