MARC S. CWIK
Nevada Bar No. 006946
Marc.Cwik@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOROTHY TORRES, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S COMPANIES, INC. d/b/a LOWE'S, a North Carolina Corporation; LOWE'S HOME CENTERS LLC d/b/a LOWE'S, a limited liability company; LOWE'S HOME IMPROVEMENT LLC d/b/a LOWE'S, a limited liability company; DOES I through X; and ROE ENTITIES I through X;<br><br>Defendants. | Case No. 2:23-cv-00399-CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST ALL DEFENDANTS AND THE PRESENT ACTION IN ITS ENTIRETY WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DOROTHY TORRES ("Plaintiff") and Defendants LOWE'S COMPANIES, INC., LOWE'S HOME CENTERS, LLC, and LOWE'S HOME IMPROVEMENT, LLC ("Defendants"), by and through their respective counsel of record, that Plaintiff's Complaint against the Defendants and the above-entitled action in its entirety are hereby dismissed with prejudice.

/ / /

/ / /

IT IS HEREBY FURTHER STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective counsel of record, that each party shall bear its own attorneys' fees and costs.

DATED this 23 day of October, 2024

TANNER LAW FIRM

By: _____
David A. Tanner, Esq.
Nevada Bar No. 8282
Jeffrey C. Gunn, Esq.
Nevada Bar No. 15925
7895 W. Sunset Road, Suite 115
Las Vegas, Nevada 89113
Telephone: (702) 987-8888
*Attorneys for Plaintiff*

DATED this 25th day of October, 2024

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
Marc S. Cwik, Esq.
Nevada Bar No. 6946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
*Attorneys for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: November 4, 2024

2